# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>MALIKALALOU, INC., owner of a 2008 Privilege 45' catamaran sailing vessel named "Malikalalou", HIN # JMA90C10K708, her engine, tackle, apparel, appurtenances, etc., for Exoneration from or Limitation of Liability. | Case No.: 3:20-cv-01693-H-MSB<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO AMEND**<br><br>[Doc. No. 16.] |

On August 31, 2020, Malikalalou, Inc. ("Limitation Plaintiff"), as the owner of a 2008 Privilege 45' catamaran sailing vessel named "Malikalalou," HIN# JMA90C10K708, (the "Vessel") filed a complaint pursuant to the Limitation of Liability Act, 46 U.S.C. § 30501 et seq., claiming the right to exoneration from, or limitation of, liability for all claims arising out of an incident that occurred on May 30, 2020. (Doc. No. 1.) On November 17, 2020, Scott French, Bluefin Charters, LLC, and Ace American Insurance

Co. (the "Otoro Parties") filed an answer to Limitation Plaintiff's complaint and asserted a counterclaim against it. (Doc. No. 7.) On December 15, 2020, Limitation Plaintiff filed an answer to the Otoro Parties' counterclaim and asserted its own counterclaim against them. (Doc. No. 11.)

On January 21, 2021, Limitation Plaintiff and the Otoro Parties filed a joint motion requesting the Court to give leave to Limitation Plaintiff to file a first amended counterclaim. (Doc. No. 16.) As the parties explain, the proposed first amended counterclaim omits Ace Insurance Co. as a counter-defendant to that claim and otherwise clarifies Limitation Plaintiff's allegations. (Id. ¶¶ 1-2.) For good cause shown, the Court grants Limitation Plaintiff leave to amend its counterclaim. See Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave when justice so requires."); Owens v. Kaiser Foundation Health Plan, Inc., 244 F.3d 708, 712 (9th Cir. 2001) (explaining that the policy of granting leave to amend freely when justice so requires "is to be applied with extreme liberality" (citations omitted)). Limitation Plaintiff has five (5) days from the date of this order to file the proposed amended counterclaim with the Court.

**IT IS SO ORDERED.**

DATED: January 26, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT